1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:13-cv-00411-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT CHAN'S CEDAR CHINESE FOOD, LLC ONLY; ORDER** |
| vs. | |
| CHAN'S CEDAR CHINESE FOOD, LLC; PASQUALE DESANTIS; CARMELA DESANTIS; PIETRO DESANTIS; | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Ronald Moore, and Defendant, Chan's Cedar Chinese Food, LLC, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), **Defendant Chan's Cedar Chinese Food, LLC, only** be dismissed with prejudice from the action. Each party is to bear its own attorneys' fees and costs.

Plaintiff was unable to obtain the signature on this stipulation from defendants, Pasquale DeSantis, Carmela DeSantis and Pietro DeSantis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and therefore requests that the Court enter the dismissal of Chan's Cedar Chinese Food, LLC. No cross-claim, counter-claim or third-party claim has been filed in this action.

*Moore v. Chan's Cedar Chinese Food, LLC, et al.*
Stipulation for Dismissal of Defendant Chan's Cedar Chinese Food, LLC Only

Date: July 29, 2013                         MOORE LAW FIRM, P.C.


                                            /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorney for Plaintiff
                                            Ronald Moore


Date: July 29, 2013                         /s/ Robert J. Rosati
                                            Robert J. Rosati
                                            Attorney for Defendant
                                            Chan's Cedar Chinese Food, LLC

## ORDER

Pursuant to the request of Plaintiff, Ronald Moore, and as stipulated to by Defendant, Chan's Cedar Chinese Food, LLC, and no cross-claim, counter-claim or third-party claim having been filed,

IT IS HEREBY ORDERED that **Defendant Chan's Cedar Chinese Food, LLC only** be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2).


IT IS SO ORDERED.

Dated:   July 30, 2013                      _____
                                            SENIOR DISTRICT JUDGE

*Moore v. Chan's Cedar Chinese Food, LLC, et al.*
Stipulation for Dismissal of Defendant Chan's Cedar Chinese Food, LLC Only

Page 2