Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHAN'S CEDAR CHINESE FOOD, LLC; PASQUALE DESANTIS; CARMELA DESANTIS; PIETRO DESANTIS;<br><br>    Defendants. | Case No. 1:13-cv-00411-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CHAN'S CEDAR CHINESE FOOD, LLC <u>ONLY</u>; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, Ronald Moore, and Defendant, Chan's Cedar Chinese Food, LLC, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), **Defendant Chan's Cedar Chinese Food, LLC, <u>only</u>** be dismissed with prejudice from the action. Each party is to bear its own attorneys' fees and costs.

Plaintiff was unable to obtain the signature on this stipulation from defendants, Pasquale DeSantis, Carmela DeSantis and Pietro DeSantis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and therefore requests that the Court enter the dismissal of Chan's Cedar Chinese Food, LLC. No cross-claim, counter-claim or third-party claim has been filed in this action.

*Moore v. Chan's Cedar Chinese Food, LLC, et al.*
Stipulation for Dismissal of Defendant Chan's Cedar Chinese Food, LLC Only

Date: July 29, 2013                                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff
Ronald Moore

Date: July 29, 2013                                */s/ Robert J. Rosati*
Robert J. Rosati
Attorney for Defendant
Chan's Cedar Chinese Food, LLC

## ORDER

Pursuant to the request of Plaintiff, Ronald Moore, and as stipulated to by Defendant, Chan's Cedar Chinese Food, LLC, and no cross-claim, counter-claim or third-party claim having been filed,

IT IS HEREBY ORDERED that **Defendant Chan's Cedar Chinese Food, LLC only** be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated:   July 30, 2013                              _____
                                                    SENIOR DISTRICT JUDGE

*Moore v. Chan's Cedar Chinese Food, LLC, et al.*
Stipulation for Dismissal of Defendant Chan's Cedar Chinese Food, LLC Only