Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
RONALD MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>vs.<br><br>CHAN'S CEDAR CHINESE FOOD, LLC; PASQUALE DESANTIS; CARMELA DESANTIS; PIETRO DESANTIS;<br><br>   Defendants. | Case No. 1:13-cv-00411-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff RONALD MOORE and Defendants PASQUALE DESANTIS, CARMELA DESANTIS, and PIETRO DESANTIS, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

Date: August 16, 2013                MOORE LAW FIRM, P.C.


                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorneys for Plaintiff
                                     Ronald Moore

*Moore v. Chan's Cedar Chinese Food, LLC, et al.*
Stipulation for Dismissal of Action

Date: August 15, 2013          HOPPE LAW GROUP,
                                A PROFESSIONAL LAW OFFICE


                                */s/ Christine J. Levin*
                                Christine J. Levin
                                Attorneys for Defendants
                                Pasquale DeSantis, Carmela DeSantis,
                                and Pietro DeSantis


### ORDER


   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.


**IT IS SO ORDERED**.



IT IS SO ORDERED.

Dated:   August 16, 2013                    _____
                                              SENIOR DISTRICT JUDGE

*Moore v. Chan's Cedar Chinese Food, LLC, et al.*
Stipulation for Dismissal of Action

Page 2